1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | F. G. CROSTHWAITE, et al., as Trustees of | Case No.: C12-5294 YGR
   | the OPERATING ENGINEERS' HEALTH |
11 | AND WELFARE TRUST FUND, et al. | **NOTICE OF VOLUNTARY DISMISSAL;**
   |                                | **AND <u>ORDER RE SAME</u>**
12 |           Plaintiffs,          |

13 |           v.                   |

14 | SPOSETO ENGINEERING, INC., a California |
   | corporation,                            |
15 |
   |           Defendant.           |
16

17

18        PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING

19 ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, without

20 prejudice, their claim against Defendant SPOSETO ENGINEERING, INC., a California

21 corporation.  Defendant has neither served an answer nor moved for summary judgment, and

22 Plaintiffs have not previously filed or dismissed any similar action against Defendant.

23        I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-

24 entitled action, and that the foregoing is true of my own knowledge.

25        Executed this 8th day of January, 2013, at San Francisco, California.

26                                          SALTZMAN & JOHNSON
                                            LAW CORPORATION
27                                     By:  _____/s/_____
                                            Michele R. Stafford
28                                          Attorneys for Plaintiffs

1 | IT IS SO ORDERED.

2 |     This case is dismissed without prejudice.

3

4 | Date: January 15, 2013            _____
                                                 YVONNE GONZALEZ ROGERS

5 |                                                  UNITED STATES DISTRICT COURT JUDGE