Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPOSETO ENGINEERING, INC., a California corporation,<br><br>Defendant. | Case No.: C12-5294 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL; AND <u>ORDER RE SAME</u>** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant SPOSETO ENGINEERING, INC., a California corporation. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 8th day of January, 2013, at San Francisco, California.

```
                                    SALTZMAN & JOHNSON
                                    LAW CORPORATION
                              By:          /s/
                                    Michele R. Stafford
                                    Attorneys for Plaintiffs
```

1  IT IS SO ORDERED.

2      This case is dismissed without prejudice.

3

4  Date: January 15, 2013            _____
                                           YVONNE GONZALEZ ROGERS

5                                             UNITED STATES DISTRICT COURT JUDGE